Lesley D. Bohleber (SBN 49150)
LLueke@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys Creditor
U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

Honorable Timothy W. Dore
Chapter: 13

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| In re<br><br>SHELLISE BARTOM MONTGOMERY,<br><br>Debtor. | No. 20-12200-TWD<br><br>Chapter 13<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19XS'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC** |

Now comes Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance extension based upon a material financial hardship caused by the COVID-19 pandemic.

**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC**
Page 1

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425)644-6471

Case 20-12200-TWD    Doc 19    Filed 09/22/20    Ent. 09/22/20 11:43:42    Pg. 1 of 4

Creditor and Debtor(s) previously entered into a forbearance agreement and Creditor filed a Notice of Forbearance Agreement on September 11, 2020. Subsequently, Creditor and Debtor(s) agreed to extend the forbearance period as set forth herein.

The Debtor recently contacted Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for Creditor, requesting a forbearance extension period of 9 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through December 1, 2020. Creditor holds a secured interest in real property commonly known as 1428 Martin Luther King Jr Way, Seattle, Washington 98122. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance extension period. If the Debtor desires to modify the length of the forbearance extension period or make arrangements to cure for the forbearance extension period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning January 1, 2021 and will be required to cure the delinquency created by the forbearance extension period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

ALDRIDGE PITE, LLP

Dated: September 22, 2020

/s/ *Lesley D. Bohleber* (SBN 49150)
LESLEY D. BOHLEBER
Attorneys for Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC**
Page 2

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425)644-6471

Case 20-12200-TWD    Doc 19    Filed 09/22/20    Ent. 09/22/20 11:43:42    Pg. 2 of 4

| | |
|---|---|
| Lesley D. Bohleber (SBN 49150)<br>LLueke@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>The Ogden Building<br>9311 SE 36th St, Ste 100<br>Mercer Island, WA 98040<br>Telephone: (425) 644-6471<br><br>**Mailing Address**:<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | Honorable Timothy W. Dore<br>Chapter: 13 |

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SHELLISE BARTOM MONTGOMERY,<br><br>Debtor. | Case No. 20-12200-TWD<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Pamela V. Thomason, declare that:

I am employed by Aldridge Pite, LLP. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On September 22, 2020, I caused the following documents:

- **Notice of Forbearance Agreement**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-1 as follows:

PROOF OF SERVICE
Page 1

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

**DEBTOR**
Shellise Bartom Montgomery
PO Box 22922
Seattle, WA 98122
(Via U.S. Mail)

**DEBTOR'S ATTORNEY**
Matthew W. Anderson
Law Offices of Matthew W. Anderson, PLLC
506 2nd Ave Ste 1400
Seattle, WA 98104
manderson@mwa-law.com
(Via Email)

**TRUSTEE**
Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101
courtmail@seattlech13.com
(Via Email)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
700 Stewart St Ste 5103
Seattle, WA 98101
USTPRegion18.SE.ECF@usdoj.gov
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2020

/s/ Pamela V. Thomason

**PROOF OF SERVICE**
Page 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

Case 20-12200-TWD    Doc 19    Filed 09/22/20    Ent. 09/22/20 11:43:42    Pg. 4 of 4